KAREN P. HEWITT
United States Attorney
ALANA W. ROBINSON
Assistant U.S. Attorney
California State Bar No.137979
Federal Office Building
880 Front Street, Rm. 6293
San Diego, California 92101-8893
Telephone: (619) 557-5493
Alana.Robinson@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Magistrate Case No. 97MJ1038 |
|---|---|
| Plaintiff, | ) |
| v. | ) GOVERNMENT'S MOTION TO DISMISS |
| | ) COMPLAINT AND RECALL ARREST |
| DEREK RAMIREZ, | ) WARRANT |
| Defendant. | ) |

COMES NOW the United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Alana W. Robinson, Assistant U.S. Attorney, and hereby moves this Court to dismiss the complaint against defendant DEREK RAMIREZ filed in the above-captioned case in the interest of justice, given the age of the case.

It is further requested that any warrants issued in this case be recalled.

DATED: October 15, 2009.

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney


    s/ Alana W. Robinson
    ALANA W. ROBINSON
    Assistant U.S. Attorney
    Attorneys for Plaintiff
    United States of America
    Email: Alana.Robinson@usdoj.gov