UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 97MJ1038 |
| Plaintiff, | ) | |
| v. | ) | ~~PROPOSED~~ ORDER OF DISMISSAL OF COMPLAINT AND WITHDRAWAL OF WARRANT |
| DEREK RAMIREZ, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the complaint in the above-captioned case against defendant DEREK RAMIREZ is dismissed.

IT IS FURTHER ORDERED that any warrants issued in this case be recalled.

DATED: 10/15/09

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

FILED
OCT 1 5 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY